UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

UNITED STATES OF AMERICA                                **ORDER**

      - v. -                                                          18-CR-390-12 (PAE)

FREDDIE TORRES,

         Defendant.

-------------------------------x

For the reasons stated on the record at the proceeding held today, April 4, 2025, the Court hereby modifies defendant Freddie Torres's supervised release as follows:

1. The defendant shall be produced on April 7, 2025, at 12:00 p.m. to 500 Pearl Street, New York, New York, and released on bail into the custody of the United States Probation Office.

2. The United States Probation Office shall promptly transfer the defendant into the custody of an in-patient drug treatment program, as determined by the United States Probation Office.

3. The defendant shall remain in an in-patient treatment program, as determined by the United States Probation Office, for a period of up to 120 days beginning on April 7, 2025.

Dated:   New York, New York
        April 4, 2025

                                          *Paul A. Engelmayer*
                              THE HONORABLE PAUL A. ENGELMAYER
                              UNITED STATES DISTRICT JUDGE