UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FREDDIE TORRES,<br><br>　　　　　　　　　Defendant. | 18-CR-390-12 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

Sentencing in this case is scheduled for **Wednesday, August 13, 2025,** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The defense's sentencing letter is due **Thursday, August 7, 2025**. The Government's letter (which should also set out the views of the Probation Department) is due **Monday, August 11, 2025**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 1, 2025
New York, New York