UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
              -v-                                                  :          18-CR-390-12 (PAE)
                                                                   :
FREDDIE TORRES,                                                    :          REVISED
                                                                   :          SCHEDULING ORDER
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, IT IS HEREBY ORDERED that the time for the

conference in this matter, scheduled for August 13, 2025, is rescheduled to **August 12, 2025** at

**11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New

York, New York.

      SO ORDERED.

Dated:  August 6, 2025
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge